UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| In Re: Laketra L. Williams<br>Debtor(s) | Case No: 13-12952<br>Chapter 13 |

**EX-PARTE MOTION TO WITHDRAW**
**MOTION TO RECONSIDER DISMISSAL AND REINSTATE CASE**

NOW INTO COURT, through undersigned counsel, comes Debtor, and states:

1.

On May 2, 2014, an Order was entered dismissing Debtor's case.

2.

On or about May 16, 2014, below signed counsel filed a Motion to reconsider the order, seeking to have the Debtor's case reinstated. Debtor and Debtor counsel had anticipated that Debtor would likely continue in her Chapter 13 and pay pursuant to a modified plan.

3.

Debtor counsel contacted the office of the Chapter 13 Trustee on or about August 18th regarding the reinstatement and clarification of the numbers for the modified plan that had been drafted. The Debtor had continued making payments through payroll deduction, and Debtor counsel had never negotiated the check sent to her as the portion of the Debtor refund approved for Debtor attorney fees.

4.

However, the Debtor has since reconsidered her options, and now agrees that the dismissal should stand. Debtor and Debtor counsel have both been in touch with Debtor's creditors during the interim, and now believe Debtor's non-bankruptcy options may be viable.

5.

Additionally, Debtor counsel had never intended to accept the funds previously sent to her upon the dismissal, but rather intended to return them to the Trustee for disbursement pursuant to a modified plan with fees formally approved by the court. In advising Debtor on the withdrawal of the reinstatement, Debtor counsel has therefore found herself in the position of a possible conflict of interest regarding those fees. As such, Debtor counsel now waives any previous applications or requests made to this court for attorney fees.

6.

Therefore, Debtor respectfully requests that the Motion to Reconsider and Reinstate be withdrawn. Furthermore, Debtor counsel requests that the check sent to her as a debtor refund on May 16, 2014 be cancelled, and that said funds be instead refunded to Debtor.

Respectfully submitted this 29th day of September, 2014.

/s/ Virginia D. Alexander
Virginia D. Alexander, Bar No. 24274
400 Travis St., Ste. 307
Shreveport, LA 71101
(318) 221-7766
alexanderlaw@bellsouth.net